| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:04-CR-50-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 08CRIM 273 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Walter Pagan 2440 Bost Road Bronx, NY 10467 | DISTRICT DISTRICT OF VERMONT | DIVISION |
| | NAME OF SENTENCING JUDGE Hon. J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/01/2005 — TO 08/31/2008 |

*JUDGE SWAIN* (stamp)

OFFENSE

Unlawful importation of methylenedioxymethamphetamine (MDMA), 21 U.S.C. § 960(b)(3)

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/28/08
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 8 2008
*Effective Date*

*United States District Judge*

Swain