43045-Pagan, Walter

Dkt # 08 CR 273 (LTS)



USA
- v -
PAgAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008
```

THE COURT ORDERS:

[ ✓ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons
         The Offender is directed to appear as follows:

         Date: _____
         Time: _____
         Place: _____

[ ]   Other

_____
Signature of Judicial Officer

8/11/08
Date